# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE SNAP FINANCE DATA BREACH LITIGATION | Lead Case No. 2:22-cv-00761-TS-JCB<br><br>**ORDER GRANTING JOINT MOTION TO APPEAR REMOTELY AT FINAL APPROVAL HEARING**<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Jared C. Bennett |

Having reviewed the parties' joint submission and good cause appearing, the Court hereby ORDERS that the Joint Motion to Appear Remotely at Final Approval Hearing is GRANTED.

**IT IS HEREBY ORDERED** that the parties are allowed to appear remotely at the Final Approval Hearing on January 23, 2024.

DATED: January 3, 2024

BY THE COURT:

_____
The Honorable Ted Stewart
United States District Court Judge